

**Entered on Docket**
**December 03, 2009**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**
_____

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
Telephone:  (702) 853-0700
E-mail: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | ) | BK-S 09-22483 BAM |
|---|---|---|
|  | ) | Chapter 13 |
| JOHN P. SCHULTZ, | ) |  |
|  | ) | Date:       N/A |
| Debtor(s). | ) | Time:       N/A |
|  | ) |  |

**ORDER RE: *EX PARTE* MOTION FOR ORDER SETTING ASIDE ORDER DENIAL OF CONFIRMATION AND DISMISSING CASE**

Upon the "Trustee's *Ex Parte* Motion for Order Setting Aside Order Denial of Confirmation and Dismissing Case" having been filed; no notice of said Motion having been required and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the "Order Denial of Confirmation and Dismissing Case" entered on this Court's docket on or about October 20, 2009 is **SET ASIDE** to allow the conversion to Chapter 7 to go forward.

**IT IS FURTHER ORDERED** that the Trustee shall notice entry of the within Order on the Court's docket to the interested parties of this case.

. . .

1

Submitted by:

/s/      Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. Suite 200
Las Vegas, Nevada  89101
Dated:          12/03/09

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, counsel submitting this document certifies as follows:

( X )    I have delivered a copy of this proposed Order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the Order, or failed to respond, as indicated below:

**NONE REQUIRED**

2
###