**Entered on Docket
March 09, 2010**

Hon. Bruce A. Markell
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association as Trustee, successor-in-interest to Wachovia Bank, N.A. Pooling and Servicing Agreement dated as of November 1, 2004.  Asset-Backed Pass-Through Certificates Series 2004-WWF1
10-70394

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

John P. Schultz



                    Debtor.

BK-S-09-22483-bam

Date:  2/23/2010
Time: 1:30 pm

Chapter 7

## ORDER VACATING AUTOMATIC STAY

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2    above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3    Secured Creditor U.S. Bank National Association as Trustee, successor-in-interest to Wachovia Bank,

4    N.A. Pooling and Servicing Agreement dated as of November 1, 2004.  Asset-Backed Pass-Through

5    Certificates Series 2004-WWF1, its assignees and/or successors in interest, of the subject property,

6    generally described as 7940 Willow Pines Place, Las Vegas, NV 89143, and legally described as

7    follows:

8        All that certain real property situated in the County of Clark, State of Nevada,
         described as follows:

9    Parcel One (1):

10

11   Lot Two Hundred Seventeen (217) in Block Six (6) of PINE MEADOWS I - UNIT
     5, as shown by map thereof on file in Book 81 of Plats, Page 93, in the Office of
12   the County Recorder of Clark County, Nevada.

13   Parcel Two (2):

14

15   A non-exclusive easement for ingress, egress and of enjoyment in, to and over
     the Common Element, subject to the Declaration of Covenants, Conditions and
16   Restrictions and Grant of Easement for PINE MEADOWS recorded September 26,
     1997 in Book 970926 as Document No. 00058, as the same may from time to
17   time be amended and/or supplemented in the Office of the County Recorder of
     Clark County, Nevada, which easement is appurtenant to Parcel One (1).
18

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2010.

Submitted by:

**WILDE & ASSOCIATES**

By: _X. Solut_ #10235
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

...

...

...

...
APPROVED / DISAPPROVED

By:_____
George Haines
1020 Garces Avenue
Suite 100
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Kathleen A Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, NV  89101
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor